# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 27, 2014

## NO. 03-13-00136-CV

**Kevin Ficke, Appellant**

**v.**

**Tommy Ratliff; Hays County Sheriff's Department;
Hays County District Attorney's Office; and Sherri Tibbe, Appellees**

### APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
### AFFIRMED -- OPINION BY CHIEF JUSTICE JONES

This is an appeal from the judgment signed by the trial court on February 21, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.